STATE of Missouri, Respondent,

v.

Vernon BEAL, Appellant.

Vernon BEAL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64068, 66483.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Dr. Shirley PIERCE, Plaintiff–Appellant,

v.

FOUR SEASONS SOLAR PRODUCTS
CORPORATION, Defendant–
Respondent.

No. 66380.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., CRANDALL and DOWD, JJ.

Kristopher T. Schmidt, St. Louis, for appellant.

Stephen D. Hoyne, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Defendant Vernon Beal appeals after a jury convicted him of attempting to steal a motor vehicle. Defendant also filed a notice of appeal from the motion court's denial of post-conviction relief but abandoned his appeal by not briefing any points of error relating to the motion court's order. We affirm.

We find no jurisprudential purpose would be served by a written opinion and affirm by written summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.

## ORDER

PER CURIAM.

Plaintiff appeals the trial court's decision granting Defendant's Motion for Directed Verdict after both sides' opening statements. We affirm.

We find no error of law appears, and an opinion would have no precedential value. Rule 84.16(b)(5).